IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KRYSTAL DAVIS, on behalf of herself and others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN CORADIUS INTERNATIONAL, LLC, AND THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I,<br><br>Defendants. | 4:15CV3143<br><br>ORDER |

After reviewing the parties' Rule 26(f) report and conferring with counsel:

1) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is April 8, 2016. Motions to compel Rule 33 through 36 discovery must be filed by April 15, 2016 **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

2) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

> For the plaintiff(s): May 6, 2016.
> 
> For the defendant(s): June 3, 2016.

3) The deposition deadline is June 17, 2016.

4) The deadline for filing motions to dismiss, motions for summary judgment and motions to exclude testimony on *Daubert* and related grounds is July 1, 2016.[1]

February 9, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.